```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **GLORIA HUERTAS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-627 (RWR)(AK) |
| ) | |
| **THE KINGDOM OF SPAIN** *et al*., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Alepuz's motion [6] to dismiss for forum non conveniens be, and hereby is, GRANTED and the claims against him are dismissed.  It is further

ORDERED that the claim against the Kingdom of Spain be, and hereby is, STAYED and administratively closed pending a decision by the Spanish Court about the distribution of the marital assets.  It is further

ORDERED that Alepuz's motion [7] to dismiss for failure to state a claim, motion [20] for a protective order, and motion [31] to strike be, and hereby are, DENIED as moot.  It is further

ORDERED that the Kingdom of Spain's motion [19] for a protective order be, and hereby is, DENIED as moot.

This is a final, appealable Order as to plaintiff's claims against Alepuz.

SIGNED this 27th day of March, 2006.

>            /s/
> RICHARD W. ROBERTS
> United States District Judge